1  McGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6

7              UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,    )    MAG. No. 02-316 DAD
                                )
12              Plaintiff,      )    GOVERNMENT'S EX PARTE
                                )    APPLICATION FOR AN ORDER TO
13      v.                      )    UNSEAL THE COMPLAINT AND
                                )    COMPLAINT AFFIDAVIT;
14 EDWARD GEORGE SHAY           )    and ORDER
                                )
15              Defendant.      )
                                )
16 _____)

17      The United States of America, by and through its undersigned

18 attorneys, hereby respectfully requests that the Court order the

19 above-captioned file unsealed.  The defendant in this case has been

20 arrested, and will be arraigned this afternoon on the sealed

21 complaint.  It is requested that the complaint be unsealed so that

22 the defendant and his attorney can examine the complaint and its

23 affidavit prior to the arraignment.

24 DATED: March 23, 2007              McGREGOR W. SCOTT
                                      United States Attorney
25
                                      /s/ Kenneth J. Melikian
26                                 By: KENNETH J. MELIKIAN
                                      Assistant U.S. Attorney
27

28

**O R D E R**

Upon application of the United States and good cause therefore being shown, IT IS HEREBY ORDERED that the file in the above-captioned matter be unsealed.

DATED: March 23, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE