McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-07-0138 LKK |
| Plaintiff, ) | ORDER FOLLOWING HEARING |
| v. ) | |
| EDWARD GEORGE SHAY, ) | |
| Defendant. ) | |
| _____ ) | |

    This matter came on for a status conference on April 17, 2007, at 9:30 a.m.  Assistant United States Attorney Jason Hitt appeared on behalf of the United States of America and Assistant Federal Defender Lexi Negin, Esq., appeared on behalf of defendant Edward George SHAY.

    Ms. Negin indicated that the Office of the Federal Defender could not represent Mr. SHAY based upon a conflict of interest. Therefore, the Court relieved the Office of the Federal Defender and appointed Peter Kemeto, Esq. to represent Mr. SHAY.  The parties then agreed that further time to evaluate the case was needed for the government to prepare discovery and further defense preparation. The parties asked that the matter be continued to May 1, 2007, for a further status conference and that the time from April 17, 2007,

1

1  through May 1, 2007, be excluded under the Speedy Trial Act for
2  defense counsel to become familiar with the case, prepare for trial,
3  and in the interests of justice under 18 U.S.C. § 3161(h)(8)(B)(iv)
4  and Local Code T4.
5       Therefore, based upon the representations of the parties at the
6  April 17, 2007, status conference, **IT IS HEREBY ORDERED** that:
7       (1)  A further status conference in this case is set for May 1, 2007, at 9:30 a.m.; and
8
9       (2)  Pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, the time period from April 17, 2007, up to and including May 1, 2007, is excluded from the time
10           computation required by the Speedy Trial Act based upon the need for the defendant's new counsel to become
11           familiar with the case and prepare for trial in this matter.
12
13 DATED: April 27, 2007

                            _____
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT