```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JASON HITT
    KENNETH J. MELIKIAN
 3  Assistant U.S. Attorney
    501 I Street, Suite 10-100
 4  Sacramento, Ca.  95814
    Telephone:  (916) 554-2700
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )  CR. NO. S-07-138 LKK
                                   )
12                 Plaintiff,      )
                                   )  SUMMARY ORDER
13                                 )
    EDWARD GEORGE SHAY,            )
14                                 )
                   Defendant.      )
15  _____)
16
```

17      This case came before the court for a status conference on
18 May 1, 2007.  Plaintiff United States of America was represented
19 by Assistant U.S. Attorney Ellen Endrizi.  The defendant appeared
20 in custody, and was represented by Attorney Peter Kmeto.
21      The parties informed the court that they were requesting a
22 continuance of the status conference to June 19, 2007.  Defense
23 counsel agreed to an exclusion of time from the Speedy Trial Act
24 through June 19th, and the defendant personally agreed to an
25 exclusion of time through that date.
26      ACCORDINGLY: This matter is set for a status conference on
27 June 19, 2007.  Pursuant to the agreement of both parties, time is
28 excluded through June 19, 2007, from computation under the Speedy

1

1  Trial Act pursuant to local code T4 (18 U.S.C. §
2  3161(h)(8)(B)(iv)) in order to afford the defendant reasonable
3  time to prepare his case.
4
5       IT IS SO ORDERED.
6
7  DATED: June 11, 2007                    /s/ Lawrence K. Karlton
                                           LAWRENCE K. KARLTON
8                                          SENIOR JUDGE
                                           UNITED STATES DISTRICT COURT
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28