McGREGOR W. SCOTT
United States Attorney
JASON HITT
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca. 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | CR. NO. S-07-138 LKK |
|                                ) | |
|              Plaintiff,        ) | |
|                                ) | SUMMARY ORDER |
|                                ) | |
| EDWARD GEORGE SHAY,            ) | |
|                                ) | |
|              Defendant.        ) | |
| _____  ) | |

This case came before the court for a status conference on June 19, 2007. Plaintiff United States of America was represented by Assistant U.S. Attorney Kenneth J. Melikian. The defendant appeared in custody, and was represented by Attorney Peter Kmeto.

Defense counsel informed the court that he was requesting a continuance of the status conference to July 24, 2007, as he was expecting to receive additional discovery from the government. Defense counsel agreed to an exclusion of time from the Speedy Trial Act through July 24th, and the defendant personally agreed to an exclusion of time through that date.

ACCORDINGLY: This matter is set for a status conference on July 24, 2007. Pursuant to the agreement of both parties, time is

1  excluded through July 24, 2007, from computation under the Speedy
2  Trial Act pursuant to local code T4 (18 U.S.C. §
3  3161(h)(8)(B)(iv)) in order to afford the defendant reasonable
4  time to prepare his case.
5
6       IT IS SO ORDERED.
7
8  DATED: July 24, 2007

                                  _____
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT