McGREGOR W. SCOTT
United States Attorney
JASON HITT
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-07-138 LKK |
| ) | |
| Plaintiff, ) | |
| ) | SUMMARY ORDER |
| ) | |
| EDWARD GEORGE SHAY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

  This case came before the court for a status conference on July 24, 2007.  Plaintiff United States of America was represented by Assistant U.S. Attorney Kenneth J. Melikian.  The defendant appeared in custody, and was represented by Attorney Peter Kmeto.

  Defense counsel informed the court that he had recently received additional discovery, and that he also needed to conduct further investigation on the case.  As such, he requested a continuance of the status conference to August 21, 2007.  Defense counsel agreed to an exclusion of time from the Speedy Trial Act through August 21st, and the defendant personally agreed to an exclusion of time through that date.

///

1     ACCORDINGLY:  This matter is set for a status conference on
2 August 21, 2007.  Pursuant to the agreement of both parties, time
3 is excluded through August 21, 2007, from computation under the
4 Speedy Trial Act pursuant to local code T4 (18 U.S.C. §
5 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable
6 time to prepare his case.

8     IT IS SO ORDERED.

10 DATED: July 30, 2007            /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT