```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-07-138 LKK |
| Plaintiff, ) | |
| ) | SUMMARY ORDER |
| EDWARD GEORGE SHAY, ) | |
| Defendant. ) | |

This case came before the court for a status conference on August 21, 2007.  Plaintiff United States of America was represented by Assistant U.S. Attorney Kenneth J. Melikian.  The defendant appeared in custody, and was represented by Attorney Peter Kmeto.

Defense counsel informed the court that his investigator had not been able to finish the investigation in this case.  As this investigation needed to be completed, Mr. Kmeto requested a continuance of the status conference to September 11, 2007.  Defense counsel agreed to an exclusion of time from the Speedy Trial Act through September 11th, and the defendant personally agreed to an exclusion of time through that date.

1

1    ACCORDINGLY:  This matter is set for a status conference on
2 September 11, 2007.  Pursuant to the agreement of both parties,
3 time is excluded through September 11, 2007, from computation
4 under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. §
5 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable
6 time to prepare his case.

8    IT IS SO ORDERED.

10 DATED: August 21, 2007

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT