McGREGOR W. SCOTT
United States Attorney
JASON HITT
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca. 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-07-138 LKK |
| Plaintiff, ) | |
| ) | SUMMARY ORDER |
| EDWARD GEORGE SHAY, ) | |
| Defendant. ) | |

    This case came before the court for a status conference on September 11, 2007. Plaintiff United States of America was represented by Assistant U.S. Attorney Kenneth J. Melikian. The defendant appeared in custody, and was represented by Attorney Peter Kmeto.

    Defense counsel informed the court that his investigator had recovered from his illness, and was again able to pursue the investigation in this case. As this investigation needed to be completed before he could proceed further, Mr. Kmeto requested a continuance of the status conference to October 23, 2007. Defense counsel agreed to an exclusion of time from the Speedy Trial Act through October 23rd, and the defendant personally agreed to an

1

1 | exclusion of time through that date.
2 |     ACCORDINGLY:  This matter is set for a status conference on
3 | October 23, 2007.  Pursuant to the agreement of both parties, time
4 | is excluded through October 23, 2007, from computation under the
5 | Speedy Trial Act pursuant to local code T4 (18 U.S.C. §
6 | 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable
7 | time to prepare his case.
8 |
9 |     IT IS SO ORDERED.
10 |
11 | DATED: September 14, 2007
12 |                                  LAWRENCE K. KARLTON
                                      SENIOR JUDGE
13 |                                  UNITED STATES DISTRICT COURT