McGREGOR W. SCOTT
United States Attorney
JASON HITT
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-07-138 LKK |
| Plaintiff, ) | |
| ) | SUMMARY ORDER |
| EDWARD GEORGE SHAY, ) | |
| Defendant. ) | |
| _____) | |

   This case came before the court for a status conference on October 23, 2007.  Plaintiff United States of America was represented by Assistant U.S. Attorney Kenneth J. Melikian.  The defendant appeared in custody, and was represented by Attorney Peter Kmeto.

   Defense counsel informed the court that he and his investigator needed to conduct further investigation in this case. As this investigation needed to be completed before he could proceed further, Mr. Kmeto requested a continuance of the status conference to November 27, 2007.  Defense counsel agreed to an exclusion of time from the Speedy Trial Act through November 27th, and the defendant personally agreed to an exclusion of time

1

through that date.  The government did not object to the requested continuance, and in fact acknowledged that the continuance was justified because of how involved the case was.

ACCORDINGLY:  This matter is set for a status conference on November 27, 2007.  Pursuant to the agreement of both parties, time is excluded through November 27, 2007, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable time to prepare his case.

IT IS SO ORDERED.

DATED: October 23, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT