```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-07-138 LKK |
| ) | |
| Plaintiff, ) | |
| ) | SUMMARY ORDER |
| ) | |
| EDWARD GEORGE SHAY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This case came before the court for a status conference on November 27, 2007.  Plaintiff United States of America was represented by Assistant U.S. Attorney Kenneth J. Melikian.  The defendant appeared in custody, and was represented by Attorney Peter Kmeto.

Defense counsel informed the court that he would like to set a briefing schedule for defense motions.  The dates that he and the government agreed to were: December 28, 2007 - filing of motions; January 22, 2008 - government's response; February 6, 2008 - defendant's reply; and February 20, 2008 - motions hearing. Defense counsel informed the court that there might be a need for an evidentiary hearing.  The court indicated that, if an

evidentiary hearing was needed, that hearing would be continued to a date beyond February 20, 2008.

Defense counsel agreed to an exclusion of time from the Speedy Trial Act through the filing of his motions on December 28, 2008, and the defendant personally agreed to an exclusion of time through that date.

ACCORDINGLY: This matter is set for a motions hearing on February 20, 2008, at 9:30 a.m.  The court adopts the following briefing schedule:

Defendant's motions due                December 28, 2007
Government's response due:             January 22, 2008
Defendant's reply (if any) due:        February 6, 2008

And, pursuant to the agreement of both parties, time is excluded through December 28, 2007, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable time to prepare his case.

IT IS SO ORDERED.

DATED: November 29, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT