McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-07-138 LKK |
| Plaintiff, ) | |
| ) | STIPULATION; ORDER |
| EDWARD GEORGE SHAY, ) | |
| Defendants. ) | |

    Defendant Edward George Shay, through Peter Kmeto, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to a modification of the briefing schedule in this case.  This new briefing schedule will require that the motion hearing scheduled for February 20, 2008, be continued to April 1, 2008.

    In addition to preparing its response to the defendant's motion filed on December 28, 2007, the government is also participating in plea negotiations which may resolve this case. To avoid the possibility of writing a response to a motion which may never be heard, the government is focusing its immediate attention on the plea negotiations.  If these negotiations are not successful, the government will then need some additional time to

1  complete its response to the defendant's motion.
2       Accordingly, the parties stipulate to the following briefing
3  schedule:
4  Defendant's opening brief due:      Already filed
5  Government's response due:          March 11, 2008
6  Defendant's reply (if any) due:     March 25, 2008
7  Hearing on motion:                  April 1, 2008
8
9  DATED: February 15, 2008         Very truly yours,
10                                  McGREGOR W. SCOTT
                                    United States Attorney
11
12
                                 By:/s/ Kenneth J. Melikian
13                                  KENNETH J. MELIKIAN
                                    Assistant U.S. Attorney
14
15
16 DATED: February 15, 2008         /s/ Kenneth J. Melikian
                                    PETER KMETO
17                                  Attorney for Defendant
                                    (Signed by Kenneth J. Melikian
18                                   per telephonic authorization by
                                     Peter Kmeto)
19
20
21
22
23      IT IS SO ORDERED.
24
25 DATED: February 19, 2008         _____
                                    LAWRENCE K. KARLTON
26                                  SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
27
28