```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | CR. NO. S-07-138 LKK |
|                            )  | |
|           Plaintiff,       )  | |
|                            )  | STIPULATION AND ORDER |
|                            )  | |
| EDWARD GEORGE SHAY,        )  | |
|                            )  | |
|           Defendants.      )  | |
| _____)  | |

    Defendant Edward George Shay, through Peter Kmeto, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to a modification of the briefing schedule and hearing date in this case.

    On December 28, 2007, the defendant filed a motion to dismiss.  In addition to addressing this motion, the government has also participated in plea negotiations with defense counsel which may resolve this case.  While both parties are cautiously optimistic that this case will be settled with further negotiations, defense counsel has just started a one-month jury trial in Sacramento County Superior Court where his client is charged with attempting to murder a police officer.  Because of

the seriousness and complexity of that case, our negotiations in the instant case will not resume until that trial is completed.

Accordingly, it is anticipated that negotiations will resume in late March.  Both parties are therefore requesting that the briefing schedule and the hearing date for the defendant's motion be continued so that the government can avoid writing a brief for a motion which may never be heard.  If these negotiations are not successful, the government will then focus its attention on completing its response to the defendant's motion.

Accordingly, the parties stipulate to the following briefing schedule:

Defendant's opening brief due:      Already filed
Government's response due:          April 15, 2008
Defendant's reply (if any) due:     April 29, 2008
Hearing on motion:                  May 6, 2008

DATED: February 26, 2008          Very truly yours,

                                  McGREGOR W. SCOTT
                                  United States Attorney


                              By: /s/ Kenneth J. Melikian
                                  KENNETH J. MELIKIAN
                                  Assistant U.S. Attorney

DATED: February 26, 2008          /s/ Kenneth J. Melikian
                                  PETER KMETO
                                  Attorney for Defendant
                                  (Signed by Kenneth J. Melikian
                                   per authorization by Peter Kmeto)

    IT IS SO ORDERED.


DATED: February 27, 2008
                                  _____
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT